**DISMISS and Opinion Filed November 21, 2024**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00724-CV

**TIE JUN SHAN, Appellant**
**V.**
**COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01246-2022**

## MEMORANDUM OPINION

Before Justices Molberg, Breedlove, and Kennedy
Opinion by Justice Molberg

Before the Court is appellant's November 18, 2024 unopposed motion to dismiss the appeal because the parties have settled their dispute. *See* TEX. R. APP. P. 42.1(a)(1). In the motion, appellant explains the parties have settled their dispute and requests we dismiss the appeal, with appellant bearing appellate costs. We grant the motion and dismiss the appeal.

230724f.p05

/Ken Molberg/
KEN MOLBERG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TIE JUN SHAN, Appellant

No. 05-23-00724-CV     V.

COMMONWEALTH OF
PENNSYLVANIA DEPARTMENT
OF REVENUE, Appellee

On Appeal from the 296th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 296-01246-
2022.
Opinion delivered by Justice
Molberg. Justices Breedlove and
Kennedy participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE recover its costs of this appeal from appellant TIE JUN SHAN.

Judgment entered this 21st day of November, 2024.